SEALED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21111-CIV-COOKE/GOODMAN

UNITED STATES OF AMERICA, *ex rel.*
KENNETH F. MORSE,

Plaintiffs,

v.

SKINCURE ONCOLOGY, LLC;
TRU-SKIN FRANCHISE DEVELOPMENT, LLC
d/b/a TRU-SKIN DERMATOLOGY; and
JOHN DOE 1-50,

Defendants.

_______________________________________/

**FILED *IN CAMERA***
**AND UNDER SEAL PURSUANT**
**TO 31 U.S.C. § 3730(b)(2)**

FILED BY MC D.C.
APR 11 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**THE UNITED STATES' NOTICE**
**OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action and moves the Court to unseal the Complaint.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; provided, however, that the action may be dismissed only if the Court and the United States consent. Therefore, the United States requests that, should either the relator or any of the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests

that orders issued by the Court be sent to the counsel for the United States. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the relator's action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the Order unsealing this case be unsealed. The United States requests that all other papers currently on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: April 11, 2024

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

CLARISSA PINHEIRO
Florida Bar No. 0056784
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel.: 305.961.9310
clarissa.pinheiro@usdoj.gov

Jamie A. Yavelberg
Colin Huntley
Marie V. Bonkowski
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261 Ben Franklin Station
Washington, D.C. 20044
Tel.: 202.514.6833
Marie.bonkowski@usdoj.gov

ATTORNEYS FOR THE UNITED STATES