**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-cv-21111-LEIBOWITZ**

**UNITED STATES OF AMERICA, *ex rel.***
**KENNETH F. MORSE,**

*Plaintiffs*,

*v.*

**SKINCURE ONCOLOGY, LLC, *et al.*,**

*Defendants.*

______________________________________/

# ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS **ORDERED** that:

1. The Complaint, the United States' Notice of Election to Decline Intervention, and this Order shall be unsealed.

2. If Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3), Relator shall serve the Complaint on Defendants within 90 days of this Order.

3. All other current contents of the Court's file in this action remain under seal and are not to be made public or served upon the Defendants, except for the Complaint, this Order, and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States as provided for in 31 U.S.C. § 3730(c)(3). As also provided therein, the United States may order any deposition transcripts. *Id.* The Court may also permit the United States to intervene in this action at a later date upon a showing of good cause. *Id.*

6. A copy of all Order, Notices, and any other papers entered in this case by the Court shall be sent to counsel for the United States.

7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court and the Attorney General must give their written consent to the dismissal and their reasons for consenting. *See* 31 U.S.C. § 3730(b)(1).

**DONE AND ORDERED** in the Southern District of Florida on May 20, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record