**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-cv-21111-LEIBOWITZ**

**UNITED STATES OF AMERICA,** ***ex rel.***
**KENNETH F. MORSE**,

*Plaintiffs*,

*v.*

**SKINCURE ONCOLOGY, LLC,** ***et al.***,

*Defendants.*

_______________________________________/

# ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On May 20, 2024, the Court unsealed the Complaint after the United States declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). [ECF No. 35]. The Court also ordered that Relator shall serve the Complaint on Defendants within 90 days of its Order. *Id.* To date, there is no indication in the court docket that Relator has served Defendants with a copy of the Complaint.

It is therefore **ORDERED AND ADJUDGED** that on or before **September 3, 2024**, Relator shall serve Defendants with a copy of the Complaint or show cause why this case should not be dismissed for failure to effectuate service of process. Failure to file proof of service or show good cause by **September 3, 2024**, will result in a dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on August 20, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record