**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:18-cv-21111-LEIBOWITZ

UNITED STATES OF AMERICA, *ex rel.*
KENNETH F. MORSE,

Plaintiff and Relator,

v.

SKINCURE ONCOLOGY, LLC,
TRU-SKIN FRANCHISE DEVELOPMENT, LLC
d/b/a TRU-SKIN DERMATOLOGY,
and JOHN DOE 1-50,

Defendants.
_______________________________________/

# RELATOR'S MOTION TO DISMISS

Relator Kenneth F. Morse (the "Relator") declines to conduct this action in the name of the United States, and moves the Court for entry of an order dismissing this action against the Defendants without prejudice, and states:

1. The Relator brought this *qui tam* action on March 23, 2018. ECF 1.

2. On April 11, 2024, the United States filed its Notice of Election to Decline Intervention. ECF 31.

3. The Relator does not wish to conduct this action in the name of the United States, and wishes to dismiss the instant action, without prejudice.

4. Accordingly, pursuant to 31 U.S.C. § 3730(b)(1), the Relator requests that the Court grant dismissal.

5. The Relator conferred with counsel for the United States prior to filing this motion,

and counsel indicated that the United States consents to the dismissal of this action, and will file its consent separately.

WHEREFORE, the Relator respectfully requests that the Court dismiss this action without prejudice. A proposed order dismissing this action is attached as **Exhibit A**.

Respectfully submitted,

DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Primary: rlandy@dvllp.com
Secondary: jperez@dvcattorneys.com

By: */s/ Russell Landy*
Russell Landy
Florida Bar No. 0044417

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was delivered via CM/ECF upon all registered parties, on this 29 day of August, 2024.

*/s/ Russell Landy*
Russell Landy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:18-cv-21111-LEIBOWITZ

UNITED STATES OF AMERICA, *ex rel.*
KENNETH F. MORSE,

Plaintiff and Relator,

v.

SKINCURE ONCOLOGY, LLC,
TRU-SKIN FRANCHISE DEVELOPMENT, LLC
d/b/a TRU-SKIN DERMATOLOGY,
and JOHN DOE 1-50,

Defendants.
__________________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The United States of America, having declined to intervene in this action, and relator Kenneth F. Morse (the "Relator") declining to conduct this action in the name of the United States, and upon consideration of the Relator's Motion to Dismiss this action, and the United States' consent:

**IT IS ORDERED THAT** this action is dismissed without prejudice to the claims of the Relator and the claims of the United States.

**DONE AND ORDERED** in Chambers within the United States District Court for the Southern District, Florida, this _____ day of ____________, 2024.

______________________________
**DAVID LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**