UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21111-CIV-LEIBOWITZ

UNITED STATES OF AMERICA, *ex rel*.
KENNETH F. MORSE,

Plaintiffs,

v.

SKINCURE ONCOLOGY, LLC;
TRU-SKIN FRANCHISE DEVELOPMENT, LLC
d/b/a TRU-SKIN DERMATOLOGY; and
JOHN DOE 1-50,

Defendants.
_______________________________________/

**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

On August 29, 2024, Relator Kenneth Morse filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

A proposed order accompanies this notice.

Dated: August 29, 2024

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

*Clarissa Pinheiro*
CLARISSA PINHEIRO
Assistant United States Attorney
Florida Bar No. 0056784
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel.: 305.961.9310
E-mail: clarissa.pinheiro@usdoj.gov

Jamie A. Yavelberg
Colin Huntley
Marie V. Bonkowski
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261 Ben Franklin Station
Washington, D.C. 20044
Tel.: 202.514.6833
E-mail: marie.bonkowski@usdoj.gov

ATTORNEYS FOR THE UNITED STATES