UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21111-CIV-LEIBOWITZ

UNITED STATES OF AMERICA, *ex rel.*
KENNETH F. MORSE,

Plaintiffs,

v.

SKINCURE ONCOLOGY, LLC;
TRU-SKIN FRANCHISE DEVELOPMENT, LLC
d/b/a TRU-SKIN DERMATOLOGY; and
JOHN DOE 1-50,

Defendants.

_______________________________________/

**ORDER**

The Relator Kenneth Morse, having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that:

1. This action is dismissed without prejudice as to Relator Kenneth Morse; and

2. This action is dismissed without prejudice as to the United States.

DONE AND ORDERD in the Southern District of Florida on ___ day of _____________, 2024.

_____________________________
David S. Leibowitz
United States District Judge

cc: Counsel of Record