**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-cv-21111-LEIBOWITZ**

**UNITED STATES OF AMERICA,** ***ex rel.***
**KENNETH F. MORSE,**

*Plaintiffs,*

*v.*

**SKINCURE ONCOLOGY, LLC,** ***et al.*****,**

*Defendants.*
________________________________________/

**ORDER**

**THIS CAUSE** is before the Court on relator Kenneth Morse's (the "Relator") Motion to Dismiss [ECF No. 37], filed on August 29, 2024. The United States of America has declined to intervene in this action, and Relator has declined to conduct this action in the name of the United States. Upon consideration of the Relator's Motion to Dismiss this action and the United States' consent, it is hereby **ORDERED AND ADJUDGED** that:

1. This action is dismissed without prejudice as to the Relator; and

2. This action is dismissed without prejudice as to the United States.

**DONE AND ORDERED** in the Southern District of Florida on August 29, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record